# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| KENDRA'S BOUTIQUE, INC.<br>PLAINTIFF | |
| V. | CASE NO. 4:20CV00272 SWW |
| UNITED STATES OF AMERICA<br>DEFENDANT | |

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal [ECF No. 3]. Defendant, the United States of America, has neither filed an answer nor moved for summary judgment, and thus voluntary dismissal without prejudice under Rule 41(a)(1)(A)(i) is permitted.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 13TH DAY OF APRIL, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE